FILED

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0647

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0647

BRIAN MOORE,

Plaintiff and Appellant,

v.                                                                    O R D E R

KEVIN R. FROST,

Defendant and Appellee.

FILED

MAY 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 15, 2020, within which to file Appellant's reply brief.

No further extensions will be granted.

DATED this 13th day of May, 2020.

For the Court,

By _____
Chief Justice